**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWNI HARBAUGH, | Case No. 2:21-cv-02242-NJK |
| Plaintiff, | **ORDER** |
| v. | [Docket No.7] |
| KILOLO KIJAKAZI, | |
| Defendant. | |

Pending before the Court is the Commissioner's motion for an extension of time to provide the Court with a paper copy of the Certified Administrative Record.  Docket No. 7.  The Court **GRANTS** the Commissioner's motion and **ORDERS** the Commissioner to provide a paper copy of the Certified Administrative Record to the Court no later than May 6, 2022.  The deadline for the Commissioner to file an answer accompanied by the electronic Certified Administrative Record remains March 7, 2022.  Given the importance of the paper copy of the Certified Administrative Record to the just and speedy adjudication of the matter before the Court, **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: March 1, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1